# EXHIBIT A

## CONSENT TO SUE

I hereby give my consent to file suit on my behalf under the Fair Labor Standards Act or any other state or federal laws. I hereby authorize my attorneys, Avanti Law Group, PLLC, to represent me in any Court or Agency.

## CONSENTIMIENTO PARA DEMANDAR

Yo doy mi consentimiento a presentar esta demanda en mi nombre bajo el Acto de los Estándares Justos de Labor (Fair Labor Standards Act) o cualquier otra ley estatal o federal. Yo, por este conducto, autorizo a mis abogados, Avanti Law Group, PLLC, a representarme en cualquier Corte o Agencia.

Fecha/Date: 7/19/2018

Signature

Printed Name: Monica collier