UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**MONICA COLLIER,** an individual,
and on behalf of all others similarly situated,

    Plaintiff,

v.

**VITALE'S PIZZERIA OF HUDSONVILLE, LLC,**
**MAURIZIO LOGIUDICE,** an individual, and
**MANDY TITHOF,** an individual,
jointly and severally,

    Defendants.

Case No. 18-CV-804
Hon. JANET T. NEFF

---

| | |
|---|---|
| Robert Anthony Alvarez (P66954) | Eric Matwiejczyk (P46222) |
| Agustin Henriquez (P79589) | **Law Offices of Duff, Chadwick and Associates** |
| **Avanti Law Group, PLLC** | Attorney for Defendants |
| Attorneys for Plaintiff | 220 W Main St |
| 600 28th St. SW | Ionia, MI 48846 |
| Wyoming, MI 49509 | (616) 527-0020 |
| (616) 257-6807 | ericm@duffchadwickpc.com |
| ralvarez@avantilaw.com | |

---

**EXPEDITED CONSIDERATION REQUESTED**

**<u>PLAINTIFF'S MOTION FOR A PROTECTIVE AND CORRECTIVE ORDER</u>**

    NOW COMES the Plaintiff Monica Collier, by and through her attorneys at Avanti Law Group, PLLC, and for her Brief in Support of Plaintiff's Motion for a Protective and Corrective Order states as follows.

    Since the commencement of the instant case, Defendants have repeatedly communicated threats to putative plaintiffs and Class members alike designed to mislead, coerce, and prejudice the putative plaintiffs and Class members. As will be further in the Brief in Support, Defendants'

communications with putative plaintiffs and Class members were blatant attempts to coerce or threaten them into not joining the lawsuit and thus undermining it entirely. Plaintiff hereby request that the Court enter a protective order to stop these inappropriate communications from continuing.

WHEREFORE, Plaintiff request this Court to enter a Protective Order prohibiting all unauthorized contact with putative Class members, as well as enter a Corrective notice to putative Class members as to the remarks Defendants have made to them.

Respectfully Submitted,

Dated: August 29, 2018

/s/   Robert Anthony Alvarez           .
Robert Anthony Alvarez (P66954)
Attorney for Plaintiffs
Avanti Law Group. PLLC
600 28th Street SW
Wyoming, MI 49509
(616) 257-6807
ralvarez@avantilaw.com