# Exhibit C

## Affidavit of Stephen Saganski

I, Stephen Saganski, state as follows:

1. My name is Stephen Ray Saganski.
2. I was an employee at the Vitale's restaurant located at 5779 Balsam Dr., Hudsonville, Michigan 49426.
3. I was an employee of the above Vitale's location from approximately August 2015 to April 2017.
4. I stopped working at the above Vitale's location in April 2017.
5. Maurizio LoGiudice and Giovanna LoGiudice are the owners of Vitale's Hudsonville.
6. Anthony Vitale is the son of Giovanna LoGiudice.
7. Anthony Vitale was one of my supervisors while employed at the above Vitale's location.
8. At 1:20 PM on August 10, 2018 I received a phone call from a phone number I did not know.
9. I answered this phone call.
10. The person calling me was Anthony Vitale.
11. At first, he asked me how things were going.
12. He then told me he wanted to meet up with me to talk about what was going on, he wasn't sure if I had filed a complaint or not but he saw I was friends with attorney Robert Anthony Alvarez on Facebook and he was worried.
13. He kept asking me to meet up in person and I told him I wasn't comfortable with that.
14. He made a point multiple times in the conversation to let me know that the phone conversation we were having wasn't illegal.
15. He told me that my attorney was just trying to make money.
16. He told me that my attorney was trying to get Maurizio put in jail.
17. He told me that with attorney's fees and taxes I wouldn't get much money and that I would get more money settling things out of court with him.
18. Shortly after I ended the conversation with Anthony Vitale, at 1:38 PM on August 10, 2018 I received another phone call from the same number that I did not know.
19. I did not answer this phone call.
20. Shortly after I ended the conversation with Anthony Vitale, Giovanna LoGiudice messaged me on Facebook.
21. Giovanna asked me to meet up with her to talk.
22. I immediately deleted this message and did not reply.

I, Stephen Ray Saganski, state under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on 8/13/18, 2018.