UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| MONICA COLLIER, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>VITALE'S PIZZERIA OF HUDSONVILLE, LLC, MAURIZIO LOGIUDICE, an individual, and MANDY TITHOF, an individual, jointly and severally,<br><br>Defendants. | Case No. 1:18-cv-00804<br><br>Hon. Janet T. Neff |

| | |
|---|---|
| Robert Anthony Alvarez (P66954)<br>Agustin Henriquez (P79589)<br>AVANTI LAW GROUP, PLLC<br>Attorneys for Plaintiff<br>600 28th Street SW<br>Wyoming, Michigan 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | Eric E. Matwiejczyk (P46222)<br>LAW OFFICES OF DUFF, CHADWICK & ASSOCIATES PC<br>Attorneys for Defendants<br>220 W. Main Street<br>Ionia, Michigan 48846<br>(616) 527-0020<br>ericm@duffchadwickpc.com |

## STIPULATED ORDER

~~At a session of court held in the courthouse in Kent County, Michigan on September ____, 2018.~~
~~Present: Honorable Janet T. Neff, United States District Court Judge~~

**IT IS ORDERED** that the deadline for Defendants Vitale's Pizzeria of Hudsonville, LLC, Maurizio LoGiudice, and Mandy Tithof to file a responsive pleading to Plaintiff's Collective Action Complaint shall be extended to September 18, 2018.

Dated: September 10, 2018            /s/ Janet T. Neff
                                     Hon. Janet T. Neff, District Court Judge

~~COUNTERSIGNED~~:

_____
~~District Court Clerk~~

STIPULATED AND AGREED TO:

_____ *with permission*
Robert Anthony Alvarez (P66954)
Agustin Henriquez (P79589)
AVANTI LAW GROUP, PLLC
Attorneys for Plaintiff

_____
Eric E. Matwiejczyk (P46222)
LAW OFFICES OF DUFF, CHADWICK & ASSOCIATES PC
Attorneys for Defendants

2