## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| **MONICA COLLIER**, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>**VITALE'S PIZZERIA OF HUDSONVILLE, LLC, MAURIZIO LOGIUDICE**, an individual, and **MANDY TITHOF**, an individual, jointly and severally,<br><br>Defendants. | Case No. 1:18-cv-00804<br><br>Hon. Janet T. Neff |

| | |
|---|---|
| Robert Anthony Alvarez (P66954)<br>Agustin Henriquez (P79589)<br>AVANTI LAW GROUP, PLLC<br>Attorneys for Plaintiff<br>600 28th Street SW<br>Wyoming, Michigan 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | Eric E. Matwiejczyk (P46222)<br>LAW OFFICES OF DUFF, CHADWICK &<br>ASSOCIATES PC<br>Attorneys for Defendants<br>220 W. Main Street<br>Ionia, Michigan 48846<br>(616) 527-0020<br>ericm@duffchadwickpc.com |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### AMENDED MOTION FOR A PROTECTIVE ORDER AND CORRECTIVE NOTICE

In response to Plaintiff's Amended Motion for Protective Order and Corrective Notice, Defendants, Vitale's Pizzeria of Hudsonville, LLC, Maurizio LoGiudice, and Mandy Tithof, by and through their attorneys, Duff, Chadwick & Associates PC, rely on the arguments set forth in the attached supporting Brief.

Dated: 9-19-18

Respectfully submitted,

DUFF, CHADWICK & ASSOCIATES PC

By: _____
Eric E. Matwiejczyk (P46222)
Attorneys for Defendants