**UNITED STATES OF DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:18-cv-00804-JTN<br>1:18-cv-00805-JTN | 9/28/2018 | 11:10 AM – 11:21 AM | Ellen S. Carmody |

**CASE CAPTION**

| |
|---|
| Collier v. Vitale's Pizzeria of Hudsonville, LLC et al<br>Collier v. LoGiudice et al |

**APPEARANCES**

| Attorney: | Representing: |
|---|---|
| Agustin Henriquez , Jr.<br>Robert Anthony Alvarez | Plaintiff(s) |
| Eric Edward Matwiejczyk | Defendant(s) |

**PROCEEDINGS**

**NATURE OF HEARING:** Plaintiff's Amended Motion for a Protective Order and Corrective Notice (ECF No. 15)/ Plaintiff's Motion for a Protective and Corrective Notice (ECF No. 12) – granted in part, denied without prejudice in part; order to issue.

Proceedings Digitally Recorded
Deputy Clerk: J. Lenon