UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MONICA COLLIER,

    Plaintiff,
v.

                                     Hon. Janet T. Neff

VITALE'S PIZZERIA OF HUDSONVILLE, LLC,      Case No. 1:18-cv-00804
et al.,

    Defendants.
_____/

**ORDER**

       This matter is before the Court on Plaintiff's Amended Motion for a Protective Order and Corrective Notice (ECF No. 15). For the reasons stated on the record at the hearing held September 28, 2018, the motion (ECF No. 15) is granted in part and denied without prejudice in part.

       IT IS SO ORDERED.

Dated: September 28, 2018                          /s/ Ellen S. Carmody
                                                                       ELLEN S. CARMODY
                                                                       U.S. Magistrate Judge