UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| **MONICA COLLIER**, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>**VITALE'S PIZZERIA OF HUDSONVILLE, LLC, MAURIZIO LOGIUDICE**, an individual, and **MANDY TITHOF**, an individual, jointly and severally,<br><br>Defendants. | Case No. 1:18-cv-00804<br><br>Hon. Janet T. Neff |

| | |
|---|---|
| Robert Anthony Alvarez (P66954)<br>Agustin Henriquez (P79589)<br>AVANTI LAW GROUP, PLLC<br>Attorneys for Plaintiff<br>600 28th Street SW<br>Wyoming, Michigan 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | Eric E. Matwiejczyk (P46222)<br>LAW OFFICES OF DUFF, CHADWICK & ASSOCIATES PC<br>Attorneys for Defendants<br>220 W. Main Street<br>Ionia, Michigan 48846<br>(616) 527-0020<br>ericm@duffchadwickpc.com |

PROTECTIVE ~~STIPULATED~~ ORDER

*IT IS ORDERED* that, until further order of this Court, Defendants and all persons and entities acting on their behalf or in active concert or participation with any Defendant shall not communicate with any current or former employee of Vitale's Pizzeria of Hudsonville, LLC for purposes of intimidating or harassing such employee with respect to joining this suit as a plaintiff.

Dated: September 28, 2018

/s/ Ellen S. Carmody
ELLEN S. CARMODY
United States Magistrate Judge