# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**MONICA CALLIER,**

    Plaintiff,

v.

**VITALE'S PIZZERIA OF HUDSONVILLE, LLC,**
**Et. Al.**,

    Defendants.

Case No. 18-CV-804
Hon. Ellen S. Carmody

---

| | |
|---|---|
| Robert Anthony Alvarez (P66954) | Eric Matwiejczyk (P46222) |
| Agustin Henriquez (P79589) | **Law Offices of Duff, Chadwick and Associates** |
| **Avanti Law Group, PLLC** | Attorney for Defendants |
| Attorneys for Plaintiff | 220 W Main St |
| 600 28th St. SW | Ionia, MI 48846 |
| Wyoming, MI 49509 | (616) 527-0020 |
| (616) 257-6807 | ericm@duffchadwickpc.com |
| ralvarez@avantilaw.com | |

---

## COUNSEL'S CERTIFICATE UNDER LOCAL RULE 7.1(d)

Pursuant to Local Rule 7.1(d), Plaintiff's counsel has attempted to contact Defendants' counsel for the purpose of ascertaining whether they would concur with or oppose Plaintiff's Motion for Conditional Class Certification. Defendants' counsel failed to respond.

    Respectfully Submitted,

Date: October 22, 2018    By:  *Robert Anthony Alvarez*
    Robert Anthony Alvarez (P66954)
    AVANTI LAW GROUP, PLLC
    Counsel for Plaintiffs