## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN – SOUTHERN DIVISION

| | |
|---|---|
| **MONICA COLLIER**, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v<br><br>**VITALE'S PIZZERIA OF HUDSONVILLE, LLC, MAURIZIO LOGIUDICE**, an individual, and **MANDY TITHOF**, an individual, jointly and severally,<br><br>Defendants. | Case No. 1:18-cv-00804<br><br>Hon. Janet T. Neff |

| | |
|---|---|
| Robert Anthony Alvarez (P66954)<br>Agustin Henriquez (P79589)<br>AVANTI LAW GROUP, PLLC<br>Attorneys for Plaintiff<br>600 28th Street SW<br>Wyoming, Michigan 49509<br>(616) 257-6807<br>ralvarez@avantilaw.com | Eric E. Matwiejczyk (P46222)<br>LAW OFFICES OF DUFF, CHADWICK &<br>   ASSOCIATES PC<br>Attorneys for Defendants<br>220 W. Main Street<br>Ionia, Michigan 48846<br>(616) 527-0020<br>ericm@duffchadwickpc.com |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S
### NOTICE OF DEPOSITION OF VITALE'S PIZZERIA OF HUDSONVILLE, LLC,
### PURSUANT TO F.R.C.P. 30(b)(6) AND RULE 34

Defendants, Vitale's Pizzeria of Hudsonville, LLC ("Vitale's"), by and through its attorneys, Duff, Chadwick and Associates PC, state in response to Plaintiff's Notice of Deposition of Vitale's Pizzeria of Hudsonville, LLC, Pursuant to F.R.C.P. 30(b)(6) and Rule 34 as follows:

Pursuant to F.R.C.P. 30(b)(6), the Defendant, Vitale's, states that Joanne LoGiudice and Maurizio LoGiudice are the individuals designated as the representatives of Vitale's, for purposes of depositions.

Respectfully submitted,

DUFF, CHADWICK AND ASSOCIATES PC

Dated: 10/24/18

By: _____
Eric E. Matwiejczyk (P46222)
Attorneys for Defendants